**Dismissed and Memorandum Opinion filed July 9, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-15-00451-CV

## RICHARD LEE HELMS AND CLYTEL RENEE HELMS AND ALL OCCUPANTS, Appellants

### V.

## US BANK NATIONAL ASSOCIATION, Appellee

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1060471**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 13, 2015. The notice of appeal was due May 13, 2015. *See* Tex. R. App. P. 26.1. Appellants, however, filed their notice of appeal on May 22, 2015, a date within 15 days of the due date for the notice of appeal. A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1, but within the 15-day grace period provided by Rule 26.3 for filing a

motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617–18 (Tex. 1997) (construing the predecessor to Rule 26).

On June 4, 2015, this court ordered appellants to file a proper motion to extend time to file the notice of appeal on or before June 15, 2015, or the appeal would be dismissed. Appellants filed no response.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Brown, and Wise.